

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-21-00042-CV

**CITY OF FLORESVILLE, TEXAS**, and Marissa Ximenez, Gloria E. Martinez, Juan Ortiz, Jade Jimenez, Gloria Morales Cantu, Monica Veliz, in their official capacities, Appellants

v.

Nick **NISSEN**, David Johns, Paul W. Sack, Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-19-00897
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellees' motion for rehearing en banc is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court